# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

Yves A. Eliscar,                                          :
                              Petitioner     :
                                                         :
            v.                                :          No. 157 C.D. 2017
                                                         :
Unemployment Compensation          :
Board of Review,                             :
                              Respondent :

# **O R D E R**

NOW, December 8, 2017, upon consideration of petitioner's application for reconsideration, the application is denied.

MARY HANNAH LEAVITT,
President Judge